

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/7/2015 8:28:08 AM
CHRISTOPHER A. PRINE
Clerk

December 31, 2014

MARLON ONEIKE GREEN, PRO SE
GARZA WEST UNIT/TDCJ #1957279
4250 HWY 202
BEEVILLE, TX 78102

Defendant's Name: MARLON ONEIKE GREEN

Cause No: 1376204

Court: 230TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 12/23/2014
**Sentence Imposed Date:** 10/01/2014
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record: PRO SE**

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TRISH MATTHEWS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 1376204

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 230th DISTRIC |
| VS. | X | COURT OF HARRIS |
| MARLON ONEIKE GREEN | X | COUNTY, TEXAS |

## NOTICE OF APPEAL - GUILTY PLEA

14/9996

TO THE HONORABLE JUDGE OF SAID COURT:

Now COMES, Marlon Oneike Green, defendant in the above entitled and numbered cause, and within 90 days of 30 years sentencing, files this notice of appeal from his/her plea of guilty in Cause No. 1376204.

Defendant acknowledges that the plea in the above entitled and numbered cause was entered pursuant of the provisions of Article 1.15 of the Code of Criminal Procedure, and that the punishment assessed does not exceed that recommended by the prosecutor and agreed to by the defendant and his/her Attorney, but further shows the court that Defendant to Appeal for a review of the conviction and punishment that matters being raised in the appeal of this conviction were all raised by written pretrail motion and ruled upon prior to trail. Thus, defendant tenders this notice as evidence of his/her desire to appeal the conviction in Cause No. 1376204.

**FILED**
Chris Daniel
District Clerk

DEC 23 2014

Time: _____
Harris County, Texas

By _____
Deputy

Respectfully Submitted, By
Marlon Green #1957279
Defendant

To the Honorable Judge of 230th District Court, I, Marlon Green #1957279 is requesting help. When I was Sentenced and gaven my time of 30 year TDC. My Court appointed lawyer Susan Bishop did not help Me and handle My case the proper way. It felt like She was on the State Side more than on my side. She was talking to me on a improper rude manner. I would like to recieve a court appointed Appeal lawyer because After I was Sentenced; She didn't file a appeal motion like I requested. I requested a Appeal on the day of Sentencing and a lawyer but recieved nothing done. I don't know too much about the law So its been hard for me to try to find help because I have no lawyer at the time. I'm Sending this motion in to Start the appeal process and recieve Some assistance on my case. I'm a first time offender and feel like it's cruel and unusual punishment what happen in my case because no new charge was caught. I was Sentenced 30 years TDC for a minor violation report and (YMac facility). That's is like a Techinical violation and was Sentence wrongfully. I would like help in recieving these few things a court appointed appeal lawyer, the appeal process granted and Started, and a time extension if needed If this isn't the Right Motion can you help me get the correct one. I made copies of the Motion and letter so let me know if it is needed again. Thank you and have a blessed day.

Marlon Green #1957279

Cause No. 1376204                                                          December 15, 2014

230th CourtRoom (Brad Hart)                                        Marlon Green

date of Sentencing: Oct. 1st, 2014

Aggravated Robbery w/ a Deadly weapon

Cause No. 1376204

| THE STATE OF TEXAS | X | IN THE 230th DISTRICT |
| VS. | X | COURT OF HARRIS COUNTY, |
| MARLON ONEIKE GREEN | X | TEXAS |

## CERTIFICATE OF SERVICE

"I, Marlon Oneike Green #1957279, being presently incarcerated in Garza West Unit, in Beeville, Texas, declare under penalty of perjury that he foregoing is true and correct." Executed on (date) 12-15-2014 (Signature) Marlon Green

## ORDER

On this the 15th day of December, 2014, came to be heard by me, the Defendant's NOTICE OF APPEAL and it appears to this Court that this motion should be.

GRANTED: _____

DENIED: _____ and it

is so ordered

_____
JUDGE PRESIDING

Marion Green #1957279
Garza West Unit
4250 Hwy 202
Beeville TX 78102

S

Chris Daniel
District Clerk
230th District Court
1201 Franklin ST
Houston, TX 77002

FOREVER USA

 

Cause No. 376204

THE STATE OF TEXAS

IN THE 230th DISTRICT COURT

v.

COUNTY CRIMINAL COURT AT LAW NO. ____

Marlon Green, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

_____Jay W. Burnett_____       _____8/5/13_____
Judge                              Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _Marlon Green_
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk
Time: _____
AUG 5 2013
By _____
Harris County, Texas
Deputy

Defendant's Counsel — Spence Graham

State Bar of Texas ID number: 24036665

Mailing Address: 405 Main Street, Suite 950

Telephone number: 713-229-9992

Fax number (if any): 713-229-9996

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

*" pro-se*

# APPEAL CARD

Court **230** Due: 11-30-14    Cause No. **B760204** 1st

### The State of Texas

**Marion Green**
Vs
10-1-14

**Date Notice
Of Appeal:** 12-23-2014

**Presentation:**          Vol._____ Pg._____

**Judgment:**              Vol._____ Pg._____

**Judge Presiding** Brad Hart
**Court Reporter** Trish Matthews
**Court Reporter**
**Court Reporter**

**Attorney
on Trial** Susan Bishop

**Attorney
on Appeal** pro-se

        Appointed_____ Hired_____

**Offense** Agg-robbery

**Jury Trial:**          Yes_____ No ✓

**Punishment
Assessed** PSI 30 YRS TDCJ

**Companion Cases
(If Known)** n/a

**Amount of
Appeal Bond** Ø

**Appellant
Confined:**          Yes ✓ No_____

**Date Submitted
To Appeal Section** 12-23-2014 12-29-14

**Deputy Clerk** A. Sanchez

                997